UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60203-CR-MARTINEZ

UNITED STATES OF AMERICA

vs.

RUSSELL G. MACARTHUR, JR.

_____

## ORDER

THIS CAUSE came before the Court pursuant to the arrest of the above defendant. Mark C. Perry, Esq., previous temporary counsel for the defendant, requested *ore tenus* to be withdrawn from the case. After a review of the file in this matter, it is hereby

ORDERED and ADJUDGED that the *ore tenus* Motion to Withdraw of Mark C. Perry, Esq. is hereby GRANTED and he is hereby discharged from all further responsibility in the above cause.

DONE and ORDERED at Miami, Florida this 4th day of June, 2007.

/s/ Barry L. Garber
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

District Judge Martinez
cc: counsel of record